UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SCHALLER, et al.,

        Plaintiffs,

vs.

ORLANS PC f/k/a ORLANS
ASSOCIATES, P.C.,

        Defendant.
_____/

Case No. 17-13024

HON. GEORGE CARAM STEEH

ORDER GRANTING DEFENDANT'S SECOND MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD [DOC. 10]

     This matter has come before the court on defendant Orlans PC's second motion for an extension of time to file an answer or other pleading in response to plaintiffs' complaint. Plaintiffs filed their proposed class action complaint on or about September 14, 2017 against defendant in relation to a foreclosure of a mortgage for which defendant had been retained to represent the foreclosing party. Plaintiffs allege that defendant published their private debt information in violation of the various debt collection statutes. Plaintiffs agreed to give defendant one extension to file its responsive pleadings by October 27, 2017. Defendant later sought and received an extension to file their answer on February 16, 2018. On

February 7, 2018 defendant filed this second motion for an extension to answer or otherwise plead by April 2, 2018.

Plaintiffs did not file a responsive pleading. Defendant's reason for seeking this further extension is the same reason previously given, that is it wants additional time to obtain a ruling from the bankruptcy court regarding the pending motion for approval of settlement. Now, therefore, for the reasons given in the court's previous order,

IT IS HEREBY ORDERED that defendant's second motion for extension of time to answer or otherwise plead is GRANTED.

IT IS HEREBY FURTHER ORDERED that defendant's answer or other responsive pleading is due on or before April 2, 2018.

IT IS SO ORDERED.

Dated: March 16, 2018

                s/George Caram Steeh
                GEORGE CARAM STEEH
                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 16, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk