# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**MICHAEL F. SCHALLER,**           Case No. 2:17-cv-13024-GCS-MKM
**DAWN M. SCHALLER**

             **Plaintiffs,**      **Honorable George Caram Steeh**

**v.**                         **Magistrate Judge Mona K.Mazjoub**

**ORLANS PC f/k/a ORLANS**
**ASSOCIATES, P.C.,**

           **Defendant.**

---

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court by stipulation of the parties, by and through their respective counsel, and the Court being otherwise fully advised in the premises;

WHEREAS, Plaintiffs, Michael F. Schaller and Dawn M. Schaller, commenced this action by filing a Complaint against Defendant Orlans Associates, P.C.;

WHEREAS, the parties stipulate to the dismissal of the Complaint with prejudice.

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Complaint is dismissed with prejudice and the parties shall bear their own fees and costs.

IT IS SO ORDERED.

Date:  May 2, 2018                 s/George Caram Steeh
                                    United States District Judge

Agreed as to form and content:

Law Offices of Brian P. Parker, P.C.          Orlans PC

/s/ Brian P. Parker                                    /s/ Elizabeth Abood-Carroll
Brian P. Parker (P48617)                          Elizabeth Abood-Carroll (P46304)
Attorney for Plaintiffs                               Regina Slowey (P60456)
4301 Orchard Lake Road, Ste. 180-208     Attorneys for Defendant
West Bloomfield, MI 48323                       1650 W. Big Beaver Road
(248) 342-9583                                        Troy, MI 48084
Brianparker@collectionstopper.com          (248) 502-1340
                                                              ecarroll@orlans.com